**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| T.W. and C.W.,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUECROSS BLUESHIELD of TEXAS,<br><br>Defendant. | <br><br>Case No. 1:25-cv-04284<br><br>Hon. Georgia N. Alexakis |

**PLAINTIFFS' MEMORANDUM OF ARGUMENT IN SUPPORT OF RULE 52 MOTION**

Plaintiffs T.W. and C.W., through their undersigned counsel, hereby ask the Court to award judgment under Rule 52 against Defendant Health Care Service Corporation d/b/a Bluecross Blueshield of Texas ("BCBSTX").

A statement of proposed findings of fact and conclusions of law, along with an accompanying memorandum of Plaintiffs' argument, are filed concurrently with this motion.

DATED this 10th day of August, 2026.

/s/ Brian S. King
Brian S. King, #4610
BRIAN S. KING, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the *CM/ECF* which will send notification of such filing to all counsel of record.

*/s/ Brian S. King*